IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CONTINENTAL CASUALTY COMPANY**                                  **PLAINTIFF**

VS.                         CASE NO. 4:05CV00980 JMM

**GERALDINE RESHEL, Individually and as
Trustee for the Charles W. Reshel Revocable
Trust, the Geraldine Reshel Revocable Trust,
Reshel Enterprises, Inc. Retirement Trust,
RESHEL LIMITED PARTNERSHIP,
RESHEL ENTRPRISES, INC., JEWELL, MOSER
FLETCHER & HOLLEMAN, A Professional
Association, BARRY JEWELL, BOBBY KEITH MOSER,
and MOSER AND ASSOCIATES, P.A.**                                  **DEFENDANTS**

**ORDER**

After consideration of the motion to admit counsel Michael P. Tone and Kimberly E. Rients Blair *pro hac vice*, and it appearing to the Court that each meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion should be, and hereby is, GRANTED.

this 1st day of August, 2005.

_____
James M. Moody
United States District Judge

1